UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN P. COSTALES, JR. | CIVIL ACTION |
| VERSUS | |
| DAVID JAMES | NO.:13-259-BAJ-SCR |

## RULING AND ORDER

On March 18, 2015, the United States Magistrate Judge issued a Report and Recommendation, pursuant to 28 U.S.C. § 636(b)(1), recommending that Plaintiff John P. Costales, Jr.'s ("Plaintiff") Motion to Amend Judgment (Doc. 37), which the Court treated as a motion for relief from judgment under Federal Rule of Civil Procedure 60, be denied. (Doc. 40).

The Magistrate Judge's Report and Recommendation specifically notified Plaintiff that, pursuant to 28 U.S.C. § 636(b)(1), he had fourteen (14) days from the date he received the Report and Recommendation to file written objections to the proposed findings of fact, conclusions of law, and recommendations therein. (Doc. 40 at p. 1). A review of the record indicates that Plaintiff has not filed any objections to date.

Having carefully considered the Plaintiff's motion and related filings, the Court approves the Magistrate Judge's Report and Recommendation, and hereby adopts its findings of fact, conclusions of law, and recommendation.

Accordingly,

IT IS ORDERED that the **Magistrate Judge's Report (Doc. 40)** is **ADOPTED** as the Court's opinion herein.

IT IS FURTHER ORDERED that Plaintiff's **Motion to Amend Judgment (Doc. 37)**, treated as a motion for relief from judgment, be **DENIED**.

Baton Rouge, Louisiana, this 28th day of April, 2015.

BRIAN A. JACKSON, CHIEF JUDGE
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA